## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   BYRON D AMERSON                          §                Case No.: 09-04233
                                                  §
                                                  §
                                                  §
                                                  §
         Debtor(s)                                §
_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

    1)    The case was filed on 02/10/2009.

    2)    This case was confirmed on 04/02/2009.

    3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/19/2010.

    4)    The trustee filed action to remedy default by the debtor in performance under the plan on 08/09/2011.

    5)    The case was dismissed on 08/25/2011.

    6)    Number of months from filing to the last payment:  30

    7)    Number of months case was pending:  43

    8)    Total value of assets abandoned by court order:  NA

    9)    Total value of assets exempted: $    16,720.00

    10)    Amount of unsecured claims discharged without payment $        .00

    11)    All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $   38,464.10 |
| Less amount refunded to debtor | $    1,706.95 |
| **NET RECEIPTS** | $   36,757.15 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $    3,500.00 |
| Court Costs | $         .00 |
| Trustee  Expenses and Compensation | $    2,385.53 |
| Other | $         .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $    5,885.53 |
| Attorney fees paid and disclosed by debtor | $         .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIA | OTHER | NA | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | SECURED | 8,565.00 | 16,536.82 | .00 | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 7,062.00 | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIA | SECURED | 11,100.00 | 11,100.00 | 11,100.00 | 8,400.07 | 660.71 |
| AMERICREDIT FINANCIA | UNSECURED | 6,592.00 | 6,864.05 | 6,864.05 | 426.45 | .00 |
| REGIONAL ACCEPTANCE | SECURED | 10,140.00 | 29,424.74 | 29,251.00 | 796.36 | 2,103.64 |
| REGIONAL ACCEPTANCE | UNSECURED | 19,111.00 | .00 | 173.74 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,300.00 | 11,252.13 | 11,252.13 | 11,252.13 | .00 |
| 500 FAST CASH | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 1,238.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 108.00 | NA | NA | .00 | .00 |
| ASPIRE/CB&T | UNSECURED | 3,588.00 | NA | NA | .00 | .00 |
| CASH ADVANCE NETWORK | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CHICAGO POST OFFICE | UNSECURED | 9,667.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 2,000.00 | 1,974.62 | 1,974.62 | 122.69 | .00 |
| WOW INTERNET & CABLE | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 353.00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 10,401.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 354.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 159.00 | 278.07 | 278.07 | 17.26 | .00 |
| FIRST PREIMER BANK | UNSECURED | 415.00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 1,989.00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 370.00 | NA | NA | .00 | .00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC BANK | UNSECURED | 231.00 | NA | NA | .00 | .00 |
| LEADING EDGE RECOVER | UNSECURED | 454.00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | UNSECURED | 319.00 | NA | NA | .00 | .00 |
| BMG RECORD CLUB | UNSECURED | 136.00 | 124.03 | 124.03 | .00 | .00 |
| MBF LEASING LLC | UNSECURED | 2,518.00 | 2,517.90 | 2,517.90 | .00 | .00 |
| ONE CLICK CASH | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| PAY CHECK TODAY | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 955.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 50.00 | 50.00 | 50.00 | .00 | .00 |
| REGIONAL ACCEPTANCE | UNSECURED | 8,913.00 | NA | NA | .00 | .00 |
| RJM ACQUISITIONS | UNSECURED | 1,217.00 | 1,217.50 | 1,217.50 | 75.62 | .00 |
| SIGN MY LOAN | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| US FAST CASH | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NORTH STAR CAPITAL A | UNSECURED | 825.00 | 825.00 | 825.00 | 51.26 | .00 |
| BARRY CHESSICK | OTHER | .00 | NA | NA | .00 | .00 |
| GEORGE HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | SECURED | NA | 1,633.68 | 1,633.68 | 812.23 | 87.93 |
| GREAT AMERICAN FINAN | SECURED | NA | 380.67 | 380.67 | 380.67 | 11.17 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 4.00 | 4.00 | .00 |
| LVNV FUNDING | UNSECURED | NA | 454.47 | 454.47 | 16.75 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 354.06 | 354.06 | 15.13 | .00 |
| ILLINOIS STATE HIGHW | UNSECURED | NA | 75,005.84 | 75,005.84 | 5,637.55 | .00 |
| ROBERT T LANE | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|                            | Claim Allowed | Principal Paid | Int. Paid |
|----------------------------|--------------:|---------------:|----------:|
| **Secured Payments:**      |               |                |           |
| Mortgage Ongoing           |          .00  |           .00  |      .00  |
| Mortgage Arrearage         |          .00  |           .00  |      .00  |
| Debt Secured by Vehicle    |     40,351.00 |       9,196.43 |  2,764.35 |
| All Other Secured          |      2,014.35 |       1,192.90 |     99.10 |
| **TOTAL SECURED:**         |     42,365.35 |      10,389.33 |  2,863.45 |
|                            |               |                |           |
| **Priority Unsecured Payments:** |         |                |           |
| Domestic Support Arrearage |          .00  |           .00  |      .00  |
| Domestic Support Ongoing   |          .00  |           .00  |      .00  |
| All Other Priority         |     11,256.13 |      11,256.13 |      .00  |
| **TOTAL PRIORITY:**        |     11,256.13 |      11,256.13 |      .00  |
|                            |               |                |           |
| **GENERAL UNSECURED PAYMENTS:** |  89,839.28 |       6,362.71 |      .00  |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $   5,885.53 |
| Disbursements to Creditors | $  30,871.62 |
| **TOTAL DISBURSEMENTS:** | $   36,757.15 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    08/29/2012                    /s/ Tom  Vaughn
                                        Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**